1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

WILBUR FLOYD,                                   No. C 13-4753 TEH (PR)

                        Petitioner,         ORDER OF DISMISSAL

            v.

RANDY GROUNDS, Warden,

                        Respondent.

_____/

        Petitioner Wilbur Floyd, an inmate at Salinas Valley State
Prison, filed a <u>pro se</u> petition for a writ of habeas corpus pursuant
to 28 U.S.C. § 2254 challenging an October 24, 2010 disciplinary
hearing at California State Prison, Centinela.[1]  This case challenges
the same disciplinary hearing and asserts the identical claims
contained in an earlier-filed petition filed by Petitioner that is
now pending before this Court, <u>Floyd v. Grounds</u>, case number C 13-
4712 TEH (PR).

        Duplicative or repetitious litigation of virtually
identical causes of action brought by prisoners is subject to
dismissal as unnecessary.  <u>Bailey v. Johnson</u>, 846 F.2d 1019, 1021
(5th Cir. 1988) (duplicative or repetitious litigation of virtually
identical causes of action is subject to dismissal under 28 U.S.C.
§ 1915 as malicious).  Furthermore, under 28 U.S.C. § 2244(b)(1),

---

        [1]In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the
Federal Rules of Civil Procedure, the Clerk of the Court is directed
to substitute Warden Randy Grounds as Respondent because he is
Petitioner's current custodian.

1 | successive habeas petitions must be dismissed.  Before a successive

2 | petition may be filed in the district court, the applicant must move

3 | in the appropriate court of appeals for an order authorizing the

4 | district court to consider the application.  See 28 U.S.C.

5 | § 2244(b)(3)(A).  Petitioner has not filed an order of authorization

6 | from the Ninth Circuit Court of Appeals.  For all these reasons,

7 | this petition is dismissed.  Because this case may have been filed

8 | in error, the Clerk of the Court shall not charge Petitioner a

9 | filing fee.

10 |     The Clerk shall close the file and terminate any pending

11 | motions.

12 |         For the foregoing reasons and for good cause shown,

13 |         1.   This action is dismissed as a successive petition

14 | and because it is duplicative of an earlier filed petition.

15 |         2.   The Clerk shall close the file and terminate

16 | any pending orders.

17 |         3.   The Clerk shall send a copy of the Order to

18 | the Court's finance department which shall not charge a filing fee

19 | because this action may have been filed in error.

20 |     IT IS SO ORDERED.

22 | DATED    _12/18/2013_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.13\Floyd13-4753DisDup.wpd

**2**