1

2

3                    IN THE UNITED STATES DISTRICT COURT

4               FOR THE NORTHERN DISTRICT OF CALIFORNIA

5    WILBUR FLOYD,                        No. C 13-4753 TEH (PR)

6                 Petitioner,             ORDER OF DISMISSAL

7            v.

8    RANDY GROUNDS, Warden,

9                 Respondent.

10   _____/

11

12           Petitioner Wilbur Floyd, an inmate at Salinas Valley State

13   Prison, filed a <u>pro se</u> petition for a writ of habeas corpus pursuant

14   to 28 U.S.C. § 2254 challenging an October 24, 2010 disciplinary

15   hearing at California State Prison, Centinela.[1]  This case challenges

16   the same disciplinary hearing and asserts the identical claims

17   contained in an earlier-filed petition filed by Petitioner that is

18   now pending before this Court, <u>Floyd v. Grounds</u>, case number C 13-

19   4712 TEH (PR).

20           Duplicative or repetitious litigation of virtually

21   identical causes of action brought by prisoners is subject to

22   dismissal as unnecessary.  <u>Bailey v. Johnson</u>, 846 F.2d 1019, 1021

23   (5th Cir. 1988) (duplicative or repetitious litigation of virtually

24   identical causes of action is subject to dismissal under 28 U.S.C.

25   § 1915 as malicious).  Furthermore, under 28 U.S.C. § 2244(b)(1),

26   _____

27           [1]In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the
     Federal Rules of Civil Procedure, the Clerk of the Court is directed
28   to substitute Warden Randy Grounds as Respondent because he is
     Petitioner's current custodian.

United States District Court
For the Northern District of California

1   successive habeas petitions must be dismissed.  Before a successive

2   petition may be filed in the district court, the applicant must move

3   in the appropriate court of appeals for an order authorizing the

4   district court to consider the application.  See 28 U.S.C.

5   § 2244(b)(3)(A).  Petitioner has not filed an order of authorization

6   from the Ninth Circuit Court of Appeals.  For all these reasons,

7   this petition is dismissed.  Because this case may have been filed

8   in error, the Clerk of the Court shall not charge Petitioner a

9   filing fee.

10       The Clerk shall close the file and terminate any pending

11  motions.

12           For the foregoing reasons and for good cause shown,

13           1.   This action is dismissed as a successive petition

14  and because it is duplicative of an earlier filed petition.

15           2.   The Clerk shall close the file and terminate

16  any pending orders.

17           3.   The Clerk shall send a copy of the Order to

18  the Court's finance department which shall not charge a filing fee

19  because this action may have been filed in error.

20       IT IS SO ORDERED.

21

22  DATED       12/18/2013
                                        THELTON E. HENDERSON
23                                      United States District Judge

24

25

26

27  G:\PRO-SE\TEH\HC.13\Floyd13-4753DisDup.wpd

28
                                        2